UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

RAYMOND ANDRES ZUMBA

Case No. 3:25-cr-247-BJD-LLL
18 U.S.C. § 371
(Conspiracy to Commit Marriage Fraud)

### INFORMATION

The United States Attorney charges:

### COUNT ONE
**(Conspiracy to Commit Marriage Fraud)**

**A.  Introduction**

At times material to this Information:

1. The Immigration and Nationality Act ("INA") governed the immigration laws of the United States.

2. Pursuant to the INA, non-citizens of the United States ("aliens") generally were not permitted to permanently reside in the United States unless they were lawful permanent residents ("LPRs").

3. A United States citizen seeking to assist a relative who was an alien in obtaining LPR status in the United States was required to file United States Citizenship and Immigration Services ("USCIS") Form I-130, Petition for Alien Relative.

4.     An alien seeking to obtain LPR status in the United States was required to file USCIS Form I-485, Application to Register Permanent Residence or Adjust Status.

5.     When a United States citizen filed a Form I-130 petition for an alien spouse, a visa could be immediately available to the alien spouse upon the approval of the Form I-130, because the spouse was an immediate relative.

6.     Immediate relatives had special immigration priority and did not have to wait in line for a visa number to become available for them to immigrate because there were an unlimited number of visas for spouses of United States citizens.

7.     An immediate relative relationship generally allowed the alien spouses to apply on Form I-485, Application to Register Permanent Residence or Adjust Status, to become an LPR either at the same time or subsequent to their United States citizen spouse filing Form I-130, Petition for Alien Relative.

8.     Once USCIS approved an alien for LPR status, the agency issued the alien an LPR card (Form I-551 or "green card").  The LPR card authorized the alien to lawfully reside and work in the United States.

### B. The Conspiracy

9.     Beginning no later than in or about April 2024, and continuing through in or about February 2025, in the Middle District of Florida, and elsewhere, the defendant,

RAYMOND ANDRES ZUMBA,

did knowingly and willfully conspire, combine, confederate, and agree with Brinio Adolfo Urena and other persons known and unknown to the United States Attorney, including individuals referred to herein as Conspirator-A, Conspirator-B, Conspirator-C, Conspirator-D, Conspirator-E, Conspirator-F, Conspirator-G, Conspirator-H, Conspirator-I, and Conspirator-J, to commit an offense against the United States, specifically engaging in marriage fraud in violation of 8 U.S.C. § 1325(c).

### C. The Manner and Means

10. The manner and means by which the defendant and his co-conspirators carried out the conspiracy in the Middle District of Florida and elsewhere included, among other things:

    a. It was part of the conspiracy that the conspirators attempted to recruit, and did recruit, U.S. citizens to join the conspiracy and marry conspirator aliens, specifically, Chinese nationals, for the purpose of evading immigration laws and illicitly obtaining beneficial immigration status for the Chinese nationals.

    b. It was further part of the conspiracy that the conspirators preferred to recruit U.S. citizens who were members of the U.S. armed forces to join the conspiracy and marry Chinese nationals.

    c. It was further part of the conspiracy that the conspirators would offer to pay, and did pay, U.S. citizens to marry Chinese nationals.

    d. It was further part of the conspiracy that the conspirators would offer to pay, and did pay, the travel expenses of U.S. citizens who traveled to marry

Chinese nationals.

  e. It was further part of the conspiracy that the resulting marriages between U.S. citizens and Chinese nationals were a sham and not true marriages.

  f. It was further part of the conspiracy that the conspirators would photograph the couples who were a party to these sham marriages, including during the marriage ceremonies, in an effort to create evidence that could be presented to immigration authorities to suggest that the marriages were legitimate, and the couples were in loving, committed relationships.

  g. It was further part of the conspiracy that the conspirators would rely on the sham marriages as a basis for petitioning immigration authorities (by filing Forms I-130, I-485, or both) for the Chinese nationals to become lawful U.S. residents and obtain LPR cards or green cards.

  h. It was further part of the conspiracy that the conspirators sometimes used encrypted applications to communicate with each other regarding the conspiracy.

  i. It was a further part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purposes of the conspiracy and the acts committed in furtherance thereof.

### C. Overt Acts

11. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of

Florida, and elsewhere:

    a.    On or about April 4, 2024, in New York, ZUMBA entered a sham marriage with a Chinese national (Conspirator-A).

    b.    On or about May 15, 2024, ZUMBA petitioned for immigration benefits for Conspirator-A.

    c.    In or around May 2024, ZUMBA recruited Urena, a U.S. Navy servicemember stationed in Jacksonville, Florida, to enter into a sham marriage with a Chinese national in exchange for a cash payment.

    d.    In August 2024, ZUMBA, Conspirator-B, and Conspirator-C traveled to Jacksonville, Florida, to meet with Urena, at which time Urena agreed to marry Conspirator-C, a Chinese national, in exchange for a cash payment.

    e.    On or about August 31, 2024, Urena married Conspirator-C in Jacksonville, Florida, after which he met with conspirators and received a cash payment.

    f.    After the wedding on August 31, 2024, ZUMBA and Conspirator-B asked Urena to obtain a military identification card for Conspirator-C because it would facilitate the "immigration process." ZUMBA also asked Urena to help him find and recruit other U.S. citizens who would be willing to marry Chinese nationals and facilitate their obtaining immigration status for money.

    g.    On or about September 13, 2024, using a group chat on an encrypted messaging application, ZUMBA and Urena recruited Conspirator-D, another U.S. Navy servicemember stationed in Jacksonville, Florida, to enter a sham

marriage.

  h. On or about September 13, 2024, as part of the same group chat, ZUMBA told Conspirator-D that as part of the marriage fraud scheme, she would be paid $10,000 up front, $20,000 when a "green card" was obtained for her future, nominal husband, and $5,000 when the divorce was settled.

  i. On or about September 17, 2024, as part of the same group chat, ZUMBA sent Conspirator-D a photo of a Chinese national (Conspirator-E), explaining that Conspirator-E would be her "counterpart," that is, her future, nominal husband.

  j. On or about October 4, 2024, Urena and Conspirator-D travelled from Jacksonville, Florida to Las Vegas, Nevada, where they met ZUMBA, Conspirator-B, and Conspirator-E.

  k. On or about October 4, 2024, in Las Vegas, Conspirator-D met Conspirator-E for the first time and married him that day.

  l. On or about October 4, 2024, in the restroom of a Las Vegas restaurant, Conspirator-B paid Conspirator-D $10,000 in cash for marrying Conspirator-E.

  m. In or around October 2024, Conspirator-F (a U.S. Navy servicemember stationed in the Middle District of Florida) and Urena contacted Conspirator-G, a U.S. Navy servicemember, to recruit her to enter a sham marriage.

  n. In or around November 2024, Urena introduced Conspirator-G to ZUMBA, who messaged Conspirator-G regarding the potential sham marriage.

  o. In his communications with Conspirator-G, ZUMBA told Conspirator-G that as part of the marriage fraud scheme, she would be paid $10,000 up front for marrying a Chinese national, as well as additional payments after applying and obtaining a "green card" for her future, nominal husband, and then divorcing him.

  p. On or about January 1, 2025, Conspirator-G flew to New York, New York, where she met with ZUMBA and Conspirator-H to discuss her impending sham marriage with Conspirator-I, a Chinese national.

  q. On or about January 2, 2025, ZUMBA and Conspirator-H introduced Conspirator-G for the first time to Conspirator-I, and then drove Conspirator-G and Conspirator-I to a courthouse in Connecticut where Conspirator-G married Conspirator-I.

  r. On or about January 2, 2025, Conspirator-H introduced Conspirator-G to Conspirator-B. Conspirator-B asked Conspirator-G, via Conspirator-H who translated, to apply for and obtain a military identification card for Conspirator-I that would enable Conspirator-I to access military facilities, a request about which ZUMBA subsequently sent follow-up messages to Conspirator-G.

  s. After the wedding on January 2, 2025, ZUMBA and Conspirator-H traveled back to New York with Conspirator-G and Conspirator-I, where they attended a party held to celebrate the sham wedding and substantiate its purported legitimacy by taking pictures to be used for immigration application

7

purposes.

  t. At the sham wedding party on January 2, 2025, Conspirator-G received $10,000 in cash for marrying Conspirator-I.

  u. Between January 4, 2025, and February 4, 2025, ZUMBA and Conspirator-H sent messages to Conspirator-G via an encrypted messaging application with requests for information and documents in support of the application for Conspirator-I's green card.

  v. On or about February 8, 2025, ZUMBA told a confidential source who was working with law enforcement (CS-1) that he and his wife (CS-2) could be paid $35,000 each to enter fraudulent marriages.

  x. On or about February 13, 2025, ZUMBA met with CS-1 in person in Jacksonville, Florida. Among other things, ZUMBA told CS-1 that, as part of the marriage fraud scheme, he and CS-2 could be paid $35,000 each to get married, with $10,000 up front.

All in violation of 18 U.S.C. § 371.

GREGORY W. KEHOE
United States Attorney

By: *(signature)*

DAVID MESROBIAN
Assistant United States Attorney

By: *(signature)*

MICHAEL J. COOLICAN
Assistant United States Attorney

By: *(signature)* for

DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security Section